# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2894
_____

JOHN GAY,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman L. Robinson, Judge.

February 12, 2026

PER CURIAM.

  AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John Gay, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.